DIANE KINDERMANN HENDERSON, SBN 144426
GLEN C. HANSEN, SBN 166923
Abbott & Kindermann, LLP
2100 21st Street
Sacramento, California 95818
Telephone:     (916) 456-9595
Facsimile:     (916) 456-9599
Email: dkindermann@aklandlaw.com
Email: ghansen@aklandlaw.com

Attorneys for Plaintiff JENSEN ENTERPRISES, INC.
dba JENSEN PRECAST

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>JENSEN PRECAST, a corporation,<br><br>    Defendant. | Case No.: 2:09-CV-01517-FCD-EFB<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>Judge:        Hon. Frank C. Damrell, Jr.<br>Trial Date:   N/A<br>Action Filed: June 2, 2009 |

        This Stipulation And [Proposed] Order Extending Time For Defendant To Respond To Complaint ("Stipulation") is entered into by and between plaintiff California Sportfishing Protection Alliance ("Plaintiff") and defendant Jensen Precast ("Defendant").  The parties to this Stipulation hereby stipulate, by and through their respective counsel, as follows:

        WHEREAS, Defendant was served with the Complaint and Summons on July 24, 2009, and its responsive pleading is due on August 13, 2009, under the Federal Rules of Civil Procedure;

        WHEREAS, Defendant has requested that the time to file its response to Plaintiff's Complaint be extended to September 1, 2009, and Plaintiff has agreed to that request;

        THEREFORE, it is hereby stipulated that the time within which Defendant must file responsive pleadings to Plaintiff's Complaint is extended to September 1, 2009.

**STIPULATION AND ORDER**                                                                                    2:09-CV-01517-FCD-EFB
**EXTENDING TIME TO RESPOND TO COMPLAINT**

On or before August 25, 2009, Defendant will provide a written response to Plaintiff's confidential settlement communication dated May 14, 2009.

On or before August 25, 2009, Plaintiff and Defendant will meet and confer pursuant to Fed. R. Civ. P. 26(f).

Entry into this Stipulation does not waive Defendant's right to contest this Court's jurisdiction over Defendant or waive any defenses of any kind to Plaintiff's Complaint and/or this action.

This Stipulation may be executed by facsimile or electronic signature and in counterparts, all of which, taken together, shall constitute a single stipulation.

Dated:  August 7, 2009                 ABBOTT & KINDERMANN  LLP

/s/ Glen C. Hansen
(As authorized August 7, 2009)
DIANE KINDERMANN HENDERSON
GLEN C. HANSEN
Attorneys for Defendant Jensen Enterprises, Inc.
dba Jensen Precast

Dated:  August 7, 2009                 LOZEAU DRURY LLP

/s/ Douglas Chermak
(As authorized August 7, 2009)
DOUGLAS CHERMAK
Attorneys for Plaintiff California Sportfishing Protection Alliance

**IT IS SO ORDERED.**

Dated: August 10, 2009                 _____
                                       FRANK C. DAMRELL, JR.
                                       UNITED STATES DISTRICT JUDGE