DIANE KINDERMANN HENDERSON (SBN 144426)
GLEN C. HANSEN (SBN 166923)
KATHERINE J. HART (SBN 191663)
Abbott & Kindermann, LLP
2100 21st Street
Sacramento, California 95818
Telephone:     (916) 456-9595
Facsimile:      (916) 456-9599
Email: dkindermann@aklandlaw.com
Email: ghansen@aklandlaw.com
Email: khart@aklandlaw.com

Attorneys for Defendant
JENSEN ENTERPRISES, INC.,
a Nevada corporation
dba in California as JENSEN PRECAST

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JENSEN ENTERPRISES, INC., a Nevada corporation, dba in California as JENSEN PRECAST,<br><br>Defendant. | Case No.: 2:09-CV-01517-FCD-EFB<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>Judge:          Hon. Frank C. Damrell, Jr.<br>Trial Date:    N/A<br>Action Filed: June 2, 2009 |

    This Stipulation And [Proposed] Order Extending Time For Defendant To Respond To Complaint ("Stipulation") is entered into by and between plaintiff California Sportfishing Protection Alliance ("Plaintiff") and defendant Jensen Precast ("Defendant").  The parties to this Stipulation hereby stipulate, by and through their respective counsel, as follows:

    WHEREAS, Defendant was served with the Complaint and Summons on July 24, 2009, and a responsive pleading is due on August 13, 2009, under the Federal Rules of Civil Procedure;

    WHEREAS, Defendant requested that the time to file its response to Plaintiff's Complaint be extended to September 1, 2009, and Plaintiff agreed to that request;

WHEREAS, Plaintiff granted Defendant an additional 30 days to file its responsive pleadings to October 1, 2009, if settlement had not been negotiated; and

WHEREAS, the parties have agreed upon the general terms of settlement and are in the process of finalizing settlement, and based on this fact Defendant has requested additional time to file its responsive pleadings; and

NOW THEREFORE, it is hereby stipulated that the time within which Defendant must file responsive pleadings to Plaintiff's Complaint is extended to October 20, 2009.

Entry into this Stipulation does not waive Defendant's right to contest this Court's jurisdiction over Defendant or waive any defenses of any kind to Plaintiff's Complaint and/or this action.

This Stipulation may be executed by facsimile or electronic signature and in counterparts, all of which, taken together, shall constitute a single stipulation.

Dated:  September 30, 2009         ABBOTT & KINDERMANN  LLP

/s/ Katherine J. Hart
(As authorized September 30, 2009)
KATHERINE J. HART
Attorneys for Defendant Jensen Enterprises, Inc.
dba Jensen Precast

Dated:  September 30, 2009         LOZEAU DRURY LLP

/s/ Douglas Chermak
(As authorized September 30, 2009)
DOUGLAS CHERMAK
Attorneys for Plaintiff California Sportfishing Protection Alliance

**ORDER**

Based upon the foregoing Stipulation and good cause appearing therefore:

IT IS SO ORDERED.

Dated: September 30, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT COURT JUDGE