UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE,

              Plaintiff,

    v.

JENSEN ENTERPRISES, a Nevada
corporation, dba in California as JENSEN
PRECAST,

              Defendant.
_____/

NO.  2:09-CV-1517 FCD EFB

**ORDER RE: SETTLEMENT AND
DISPOSITION**

       Pursuant to the representation of the parties, in the above action, the court has determined that this case has settled.

       In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before December 1, 2009.  All dates/hearings set in this matter, to include any pending motions, are hereby VACATED.

       **FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

       **IT IS SO ORDERED**.

Dated: October 21, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE