Michael R. Lozeau (State Bar No. 142893)
Douglas J. Chermak (State Bar No. 233382)
LOZEAU DRURY LLP
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel: (510) 749-9102
Fax: (510) 749-9103
E-mail: michael@lozeaudrury.com

Andrew L. Packard (State Bar No. 168690)
LAW OFFICES OF ANDREW L. PACKARD
319 Pleasant Street
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

Diane Kindermann Henderson (State Bar No. 144426)
Glen C. Hansen (State Bar No. 166923)
Katherine J. Hart (State Bar No. 191663)
ABBOTT & KINDERMANN LLP
2100 21st Street
Sacramento, California 95818
Tel: (916) 456-9595
Fax: (916) 456-9599
Email: dkindermann@aklandlaw.com
Email: ghansen@aklandlaw.com
Email: khart@aklandlaw.com

Attorneys for Defendant
JENSEN ENTERPRISES, INC., a Nevada corporation
dba in California as JENSEN PRECAST

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>   Plaintiff,<br><br>  vs.<br><br>JENSEN ENTERPRISES, INC., a Nevada corporation, dba in California as JENSEN PRECAST,<br><br>   Defendant. | Case No. 2:09-CV-01517-FCD-EFB<br><br>**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS; ORDER GRANTING DISMISSAL**<br>**[FRCP 41(a)(2)]** |

**TO THE COURT:**

Plaintiff California Sportfishing Protection Alliance ("CSPA") and Defendant Jensen Precast ("Jensen"), collectively, the "parties" stipulate as follows:

WHEREAS, on January 22, 2009, CSPA provided Jensen with a Notice of Violations and Intent to File Suit ("Notice") under Clean Water Act § 505, 33 U.S.C. § 1365;

WHEREAS, on June 2, 2009, CSPA filed its Complaint against Jensen in this Court, *California Sportfishing Protection Alliance v. Jensen Precast*, Case No. 2:09-cv-01517-FCD-EJB, which incorporates by reference all of the allegations contained in CSPA's Notice;

WHEREAS, CSPA and Jensen, through their authorized representatives and without either adjudication of CSPA's claims or admission by Jensen of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set forth in the Notice and Complaint, thereby avoiding the costs and uncertainties of further litigation;

WHEREAS, copy of the Settlement Agreement and Mutual Release of Claims ("Settlement Agreement"), without the attached exhibits, entered into by and between CSPA and Jensen is attached hereto as Exhibit 1 and incorporated by reference; and

WHEREAS, the parties submitted the Settlement Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice and the 45-day review period set forth at 40 C.F.R. § 135.5 has been completed and the federal agencies have submitted correspondence to the Court indicating that they have no objection to the terms of the Settlement Agreement;

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that CSPA's claims, as set forth in the Notice and Complaint, be dismissed.  The parties respectfully request an order from this Court dismissing such claims.  In accordance with paragraph 2 of the Settlement Agreement, the parties also request that this Court maintain jurisdiction over the parties through December 15, 2010, for the sole purpose of resolving any disputes between the

///

///

///

parties with respect to enforcement of any provision of the Settlement Agreement.

Dated: December 4, 2009     Respectfully submitted,

                                          LOZEAU DRURY LLP

                          By:     /s/ *Douglas J. Chermak*
                                          Douglas J. Chermak
                                          Attorney for Plaintiff California Sportfishing
                                              Protection Alliance

                                         ABBOTT & KINDERMANN LLP

                          By:     *Katherine J. Hart* (as authorized on 12/4/09)
                                          Katherine J. Hart
                                          Attorney for Defendant
                                          JENSEN ENTERPRISES, INC.

## **ORDER**

Good cause appearing, and the parties having stipulated and agreed,

     IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against Defendant Jensen Precast, as set forth in the Notice and Complaint filed in Case No. 2:09-cv-01517-FCD-EFB, are hereby dismissed.

     IT IS FURTHER ORDERED that the Court shall retain jurisdiction over the parties through December 15, 2010 for the sole purpose of enforcing compliance by the parties of the terms of the Settlement Agreement, attached to the parties' Stipulation to Dismiss as Exhibit 1.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 7, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE